IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Robert Griffin,  )  | C/A No.: 1:20-3466-DCC-SVH |
| )  | |
| Plaintiff,  )  | |
| )  | |
| vs.  )  | |
| )  | |
| Sergeant Harpe and South  )  | ORDER |
| Carolina Department of  )  | |
| Corrections,  )  | |
| )  | |
| Defendants.  )  | |
| )  | |

    Robert Griffin ("Plaintiff"), proceeding pro se and in forma pauperis, filed a complaint alleging Sergeant Harpe violated his constitutional rights and that the South Carolina Department of Corrections ("SCDC") acted negligently. [ECF No. 1]. By order dated October 16, 2020, service of process of the complaint was authorized. [ECF No. 10]. On December 9, 2020, the summons for Harpe was returned unexecuted. [ECF No. 15]. In the "Remarks" section of the Form USM-285, the United States Marshals Service ("USMS") indicated the SCDC Office of General Counsel could not accept service for Harpe because it could not find him. *Id.*

    Plaintiff was previously warned: "Plaintiff must provide, and is responsible for, information sufficient to identify defendants on the Forms USM-285. The United States Marshal cannot serve an inadequately identified

defendant. Unserved defendants may be dismissed as parties to this case if not served within the time limit governed by Rule 4(m) and this order." [ECF No. 10]. Plaintiff is directed to complete by **December 28, 2020**, a Form USM-285 that provides additional information to allow the USMS to serve Defendant. If Plaintiff fails to do so, the undersigned will recommend this case be dismissed as to Harpe.

    IT IS SO ORDERED.

December 10, 2020            Shiva V. Hodges
Columbia, South Carolina      United States Magistrate Judge